1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAMON MARTINEZ,                        No.  2:23-cv-00707-DJC-EFB (HC)

12                    Petitioner,

13         v.                               ORDER

14   D. BREWER,

15                    Respondent.

16

17         Petitioner, a federal prisoner proceeding without counsel, has filed an

18   application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was

19   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

20   Local Rule 302.

21         On January 29, 2024, the Magistrate Judge filed findings and

22   recommendations herein which were served on all parties and which contained notice

23   to all parties that any objections to the findings and recommendations were to be filed

24   within fourteen days.  Neither party has filed objections to the findings and

25   recommendations.

26         The Court has reviewed the file and finds the findings and recommendations to

27   be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

28   HEREBY ORDERED that:

1

1         1.  The findings and recommendations filed January 29, 2024, are adopted in

2    full;

3         2.  Petitioner's application for a writ of habeas corpus is dismissed without

4    prejudice for failure to prosecute;

5         3.  The Court declines to issue the certificate of appealability referenced in 28

6    U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a

7    constitutional right, *see* 28 U.S.C. § 2253(c)(2); AND

8         3.  The Clerk is directed to close the case.

9

10        IT IS SO ORDERED.

11   Dated:   **March 7, 2024**

               Hon. Daniel J. Calabretta

12                  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28